UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 5:20-CR-50074 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Involuntary Manslaughter (18 U.S.C. §§ 1112 and 1153) |
| CLIFFORD RUNNING HAWK, | |
| Defendant. | |

The Grand Jury charges:

On or about November 21, 2019, near Oglala, in Indian country, in the District of South Dakota, the defendant, Clifford Running Hawk, an Indian person, unlawfully killed a human being, Virginia Kills Crow Indian, without malice, in the commission of a lawful act in an unlawful manner which might produce death. Such act was committed in a grossly negligent manner, with actual knowledge that his conduct was a threat to the lives of others, and with actual knowledge that would reasonably have enabled him to foresee the peril to which his acts subjected others, that is, Clifford Running Hawk did operate a motor vehicle in a grossly negligent manner, and did thereby commit the crime of involuntary manslaughter, all in violation of 18 U.S.C. §§ 1112 and 1153.

A TRUE BILL:

**NAME REDACTED**

_____
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By _____